**MADE JS-6**

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIEN ENTERTAINMENT.COM, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>DAVID ALAN GEST,<br><br>          Defendants. | Case No.  CV 09-2247-GW(FMOx)<br><br>**ORDER RE: DISMISSAL OF ACTION ON PARTIES STIPULATION** |

**[PROPOSED] ORDER TO DISMISS WITH PREJUDICE**

1    IT IS HEREBY ORDERED that, pursuant to Federal Rule of Civil
2 Procedure 41(a), the First Amended Complaint in the above-entitled action is
3 dismissed with prejudice, in its entirety.  Each party to bear its own costs and
4 attorneys' fees.
5    IT IS SO ORDERED.

6
7 Dated: June 24, 2010                    BY THE COURT

8                                         _____
9                                         HONORABLE GEORGE H. WU
                                          UNITED STATES DISTRICT COURT

28 [PROPOSED] ORDER TO DISMISS
   WITH PREJUDICE